No. 22-11381

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

LeTHENIA BAKER,
    Plaintiff/Appellant,

v.

UPSON REGIONAL MEDICAL CENTER,
    Defendant/Appellee.

On Appeal from the United States District Court
for the Middle District of Georgia – Macon Division

UNOPPOSED MOTION TO ADD COUNSEL
AND TO PARTICIPATE AT ORAL ARGUMENT
ON TIME CEDED BY PLAINTIFF-APPELLANT

GWENDOLYN YOUNG REAMS
Acting General Counsel

JENNIFER S. GOLDSTEIN
Associate General Counsel

ELIZABETH E. THERAN
Assistant General Counsel

TARA PATEL
Attorney

EQUAL EMPLOYMENT
 OPPORTUNITY COMMISSION
Office of General Counsel
131 M St. N.E., 5th Floor
Washington, D.C. 20507
202-921-2770
Tara.Patel@EEOC.gov

*LeThenia Baker v. Upson Regional Medical Center*
Case No. 22-11381

## Certificate of Interested Persons and Corporate Disclosure Statement

Pursuant to Eleventh Circuit Rules 26.1-1(a)(1) and 27-1(a)(9), amicus curiae the Equal Employment Opportunity Commission ("EEOC") hereby submits the following Certificate of Interested Persons and Corporate Disclosure Statement. Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-2(a), the undersigned counsel hereby certifies that, in addition to those identified in the Certificates filed previously by the EEOC, the Plaintiff-Appellant, and the Defendant-Appellee, the following persons and entities may have an interest in the outcome of this case:

Equal Employment Opportunity Commission

Reams, Gwendolyn Young (Acting General Counsel, EEOC)

Tara Patel (Attorney, EEOC)

Pursuant to Federal Rule of Appellate Procedure 26.1, the EEOC, as a government entity, is not required to file a corporate disclosure statement. The EEOC is not aware of any publicly traded corporations

C-1

*LeThenia Baker v. Upson Regional Medical Center*
Case No. 22-11381

or companies that have an interest in the outcome of this case or appeal.

                                            s/*Tara Patel*
                                            TARA PATEL
                                            Attorney

                                            EQUAL EMPLOYMENT
                                            OPPORTUNITY COMMISSION
                                            Office of General Counsel
                                            131 M St. N.E., 5th Floor
                                            Washington, D.C. 20507
                                            202-921-2770
                                            Tara.Patel@EEOC.gov

UNOPPOSED MOTION TO ADD COUNSEL
AND TO PARTICIPATE AT ORAL ARGUMENT
ON TIME CEDED BY PLAINTIFF-APPELLANT

The Equal Employment Opportunity Commission ("EEOC" or "Commission"), appearing as *amicus curiae* in the instant appeal, respectfully requests that this Court grant permission under Federal Rule of Appellate Procedure 29(a)(8) and Eleventh Circuit Rule 34-4(e): for attorney Tara Patel to enter an appearance as additional counsel for the EEOC in this proceeding; for the EEOC to participate in the oral argument scheduled in this case for July 20, 2023, on time ceded by the Plaintiff-Appellant; and for Ms. Patel to present oral argument on behalf of the Commission. In support of this unopposed motion the EEOC states:

    1. The EEOC is the agency charged by Congress with the enforcement of federal laws prohibiting discrimination in employment, including the Equal Pay Act of 1963, 29 U.S.C. § 206(d) ("EPA").

    2. This appeal involves an issue of particular importance to the Commission: the correct allocation of the parties' respective burdens of proof in an EPA wage-discrimination case.

1

3. Because of the substantial importance of this issue to the effective enforcement of the EPA, the EEOC filed a brief in this case as *amicus curiae*, presenting the Court with its views on this issue.

4. Given the complexity of this issue, the EEOC believes that its presence at oral argument will assist the Court in resolving this issue.

5. To that end, the Plaintiff-Appellant has agreed to cede three minutes of her argument time to the EEOC.

6. The EEOC also requests that the Court add Tara Patel as counsel for the Commission, so that she may participate as the oral advocate on its behalf.

7. Counsel for the Plaintiff-Appellant and Defendant-Appellee have informed the undersigned that their clients do not oppose the Commission's motion to add counsel and to participate at oral argument.

Accordingly, the EEOC respectfully requests that the Court grant this unopposed motion for leave add counsel and to present oral argument on time ceded by the Plaintiff-Appellant.

Respectfully submitted,

GWENDOLYN YOUNG REAMS
Acting General Counsel

JENNIFER S. GOLDSTEIN
Associate General Counsel

ELIZABETH E. THERAN
Assistant General Counsel

s/*Tara Patel*
TARA PATEL
Attorney
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Office of General Counsel
131 M St. N.E., 5th Floor
Washington, D.C. 20507
202-921-2770
Tara.Patel@EEOC.gov

3

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), it contains 318 words.

This motion complies with the typeface and type-style requirements of Fed. R. App. P. 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 365 in Century 14 point.

s/*Tara Patel*
TARA PATEL
Attorney
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Office of General Counsel
131 M St. N.E., 5th Floor
Washington, D.C. 20507
202-921-2770
Tara.Patel@EEOC.gov

Dated: May 16, 2023

## CERTIFICATE OF SERVICE

I certify that on this 16th day of May, 2023, I electronically filed the foregoing motion in PDF format with the Clerk of Court via the appellate CM/ECF system. I certify that all counsel of record are registered CM/ECF users, and service will be accomplished via the appellate CM/ECF system.

s/*Tara Patel*
TARA PATEL
Attorney
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Office of General Counsel
131 M St. N.E., 5th Floor
Washington, D.C. 20507
202-921-2770
Tara.Patel@EEOC.gov