# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-11381

_____

LATHENIA JOY BAKER,

                                            Plaintiff-Appellant,

*versus*

UPSON REGIONAL MEDICAL CENTER,

                                            Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Georgia
D.C. Docket No. 5:20-cv-00283-TES

_____

ORDER:

2  Order of the Court  22-11381

Unopposed Motion to add counsel Tara Patel and to participate at oral argument on time ceded by Appellant is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION